| Date | | Entry |
|---|---|---|
| 4/20/70 | | Entered SHOW CAUSE ORDER for A-1 through A-4 actions. Sent to all counsel and interested judges. |
| 5/5/70 | 1 | FILED Response of Defendant P & F Corbin and Brief to the Order to Show Cause. |
| 5/5/70 | 2 | Filed Joint Response of Defendant Emhart Corp., Sargent & Co., Eaton Yale & Towne, Inc., & Ilco Corp. to Order to Show Cause. |
| 5/8/70 | 3 | Filed response of Pl. City of Philadelphia and Amherst Leasing Corp. to SCO. |
| 5/12/70 | 4 | Filed response of pl. Morgan Supply Co., Inc. to SCO. |
| 6/8/70 | | FILED Order Declining Transfer mailed to all involved judges, transferor clerks, and hearing clerk, also all involved counsel. |
| 10/6/70 | 1 | MOTION for transfer; Brief in Support; and Affidavit of Service by Defendants Emhart Corp., Sargent & Co., and Ilco Corp. |
| 10/21/70 | 2 | ANSWER & BRIEF of Indiana Plaintiffs Opposing Motion. |
| 10/21/70 | 3 | MEMORANDUM of Pl. City of Philadelphia, et al. & Amherst Leasing Corp., et al. |
| 10/22/70 (*) | 4 | City of New York's Memo in Support of Motion. |
| 10/28/70 | 5 | Defs. Emhart Corp., Sargent & Co., and Ilco Corp., First Supplement to Motion for Transfer. |
| 10/26/70 | | PANEL ATTORNEY SERVICE LIST mailed. |
| 11/13/ 1970 | | Hearing Order - 12/11/70 in New York, S.D. N.Y. (to judges & hearing clerk.) |
| 11/13/70 | | NOTICE OF HEARING to service counsel. |
| 11/19/70 | | Hearing Order amended to include N.Ill. No. 70 C 2820. Copies to judge & hearing clerk. Notice to service counsel. |
| 6. 12/1/70 | 6 | Second Supplement of Defs., Emhart Corp., Sargent & Co., and Ilco Corp. in support of their motion for transfer. |
| 7. 12/4/70 | 7 | Motion (w/supporting memo) by Defendant Eaton Yale & Towne Inc. for consolidation in Connecticut. |
| 8. 12/9/70 | 8 | Motion by Plf. State of New York for consolidation in S.D. N.Y. |
| 9. 12/9/70 | 9 | Memo of Certain Plfs. Responding to Motion of Eaton, Yale & Towne. |
| 10. 12/11/70 | 10 | Memorandum of Emhart Corp. (fld at hearing.) |
| 11. 12/21/70 | 11 | Xerox Response of 12/14 Memo of Emhart Corp. (plfs.) |
| 1/14/71 | | OPINION AND ORDER (PER CURIAM) transferring six actions to the District of Connecticut to be assigned to Judge Blumenfeld for coordinated or consolidated pretrial proceedings. |
| 1/14/71 | | Consent of Judge Timbers (D.Conn) for Judge Blumenfeld's assignment of the litigation. |

DOCKET NO. 45 – MASTER KEY ANTITRUST LITIGATION

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2/25/71 | Entered Conditional Transfer Order. Sturdy Homes Co., v. Eaton, Yale & Towne. Sent to Service Counsel and Involved Judges. | |
| 3/16/71 | STURDY HOMES, V. EATON, TOWNE & YALE, E.D. MICH., 35996 CTO effective today. Sent to Transferee Clerk and notified judges. | |
| 4/7/71 | THE STATE OF OHIO V. EATON YALE & TOWNE, INC., S.D. OHIO, 71-68 CTO entered today. Sent to service counsel and involved judges. | |
| 4/23/71 | THE STATE OF OHIO V. EATON, YALE & TOWNE, S.D. OHIO 71-68 CTO effective today. Sent to transferee clerk, transferor clerk, judges. | |
| 7/1/71 | ST. OF KANSAS V. EATON YALE & TOWNE, INC., EA., Kan., No. T-4985 CTO entered today. Sent to service counsel & involved judges. | |
| 7/19/71 | ST. OF KANSAS V. EATON YALE & TOWNE, INC., E.A., KAN. NO. T-4985 CTO final today. Notified Transferee Clerk, Transferor Clerk, involved judges. | |
| 4/3/72 | THE STATE OF WEST VIRGINIA, ETC. V. EATON, YALE & TOWNE, INC., ET AL. N.D. Illinois, Civil Action No. 72 C 809 Entered CTO today. Notified counsel, involved judges. | |
| 4/19/72 | THE STATE OF WEST VIRGINIA, ETC. V. EATON, YALE & TOWNE, INC., ET AL. N. D. ILL, CA 72 C 809 CTO final today. Notified transferee clerk involved judges. | |
| 7/20/72 | ST. OF ILLINOIS V. EATON YALE & TOWNE, INC., ET AL., N.D. Ill., No. 72 C 1703 CTO entered today. Sent to counsel & involved judges. | |
| 8/7/72 | ST. OF ILLINOIS V. EATON YALE & TOWNE, INC., ET AL., N.D.ILL, 72 C 1703 CTO final today. Notified transferee clerk | |
| 2/12/73 | STATE OF NEW JERSEY, V. EMHART CORP., D. N.J., 1897-72 CTO entered today. Notified counsel and involved judges. | |
| 2/28/73 | STATE OF NEW JERSEY V. EMHART CORP., D. N.J., 1897-72 CTO final today. Notified transferee clerk & judge & transferor clk & judg |
| 5/2/73 | STATE OF CALIFORNIA V. EMHART CORP., ET AL., C.D.CAL., 73-911 CTO entered today. Notified counsel, involved judge. | |
| 5/18/73 | STATE OF CALIF. V. EMHART CORP., ET AL. C.D. CAL 73-911 CTO final today. Notified clerks, transferee, transferor judges | |

*Opinion and Order of 11/14/71 320 F. Supp. 1404 (1971)*

DOCKET NO. **45**

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MASTER KEY ANTITRUST LITIGATION

*** TRANSFER TO CONNECTICUT 1/14/71**
**ASSG. JUDGE BLUMENFELD 1/14/71**
~~NO TRANSFER 4/8/70~~

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | State of Connecticut v. Eaton Yale & Towne, Inc., et al. (Conn. 14147) | ~~N.D. Ill.~~ ~~70-C-591~~ *1404* | Napoli | (*) | 10/6/70 Motion |
| A-2 | City of Philadelphia v. Emhart Corp., et al. *(14,233)* | E.D. Pa. 70-352 | Wood | * | 10/6/70 Motion *Civ. 14233* |
| A-3 | Amherst Leasing Corp. v. Emhart Corp., et al. *(14,234)* | E.D. Pa. 70-494 | Wood | * | 10/6/70 Motion *Civ. 14234* |
| ~~A-4~~ | ~~Morgan Supply Company v. P and F Corbin, et al.~~ *not Related* | ~~W.D. Ark.~~ ~~FS-68-C-39~~ | Williams | | |
| B-1 | The City of N.Y. et al v. Emhart Corp., et al *(14,235)* | S.D.N.Y. 70-2417 | Edelstein | * | Motion 10/6/70 *Civ. 14235 filed 1/25/71* |
| B-2 | State of New York v. Emhart Corp., et al. *(14,236)* | S.D.N.Y. 70-4164 | Edelstein | * | *Civ. 14236 filed 1/25/71* |
| B-3 | State of Indiana v. Eaton Yale & Towne, Inc., et al. (Conn. 14148) | ~~N.D. Ill.~~ ~~70-C-1568~~ *1404* | (*) | | 10/6/70 Motion |
| B-4 | State of Florida v. Emhart Corp., et al. *(14,231)* | S.D. Fla. 70-1411-Civ-WM | | * | *Civ. 14231* |
| B-5 | Bermar Construction Corp., et al. v. Emhart Corp., et al. *dismissed* | S.D. Fla. 70-1410-Civ-WM | | * | *Civ. 14232* |
| B-6 | Commonwealth of Pennsylvania, etc. v. Eaton Yale & Towne, et al. (Conn. 14191) | ~~N.D. Ill.~~ ~~70-C-2820~~ *1404* | | (**) | |
| C-1 | Sturdy Homes Company, et al. v. Eaton, Yale & Towne, Inc., et al. *2/25/71* | E.D. Michigan 35996 | Roth *3/16/71* | *3/16/71* | *3/4/71 3/26/71 Civ. 14333* |
| C-2 | The State of Ohio v. Eaton Yale & Towne, Inc., et al. *4/7/71* | S.D. Ohio 71-68 | Kinneary *4/23/71* | *5/5/71* | *Civ. 14384* |
| | *8 transfers to 6/30/71* | | | | |
| C-3 | The State of Kansas, etc. v. Eaton Yale & Towne, Inc., et al. *7/1/71* | Kansas T-4985 | Templar | *7/19/71* | *14546* |
| | *9 transfers to 12/31/71* | | | | |

(**) Transferred to Connecticut by Judge Robson (12/8/70)

(*) Transferred under §1404(a) by Judge Napoli to District of Connecticut. (November 10, 1970)

DOCKET NO. 45 (CONTINUED)   PAGE 2

| Intra-office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-1 | State of West Virginia, etc. v. Eaton Yale & Towne, Inc., et al  4/3/72 | N.D. Ill | 72 C 809 | 4/10/72 | CIV 1538 | | 4/26/72  5/9/92 |
| D-2 | State of Illinois, et al., v. Eaton Yale & Towne, Inc., et al.,  7/20/72 | N.D. Ill | 72 C 1703 | 8/7/72 | CIV 15362 | | 8/21/72 |
| D-3 | State of New Jersey, etc. v. Emhart Corp., et al. 2/2/73 | D. N.J. Barlow | 1897-72 | 2/28/73 | CIV 15664 | | 3/6/73 |
| D-4 | State of California, etc. v. Emhart Corp., et al. | C.D.Cal | 73-911-LTL | 5/18/73 | H-61 | | 5/25/73  5/31/73 |
|  | v3 Trial - 6/30/73  Verified correct - transferred - By the Clerk - 4/25/75  XYZ -3-76 pet'n Pending 75 | | | | | | |
| XYZ-1 | State of Arizona v. Emhart Corp., et al. | D.Conn | 75-382 | | | | |

COUNSEL OF RECORD

DOCKET NO. 45

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MASTER KEY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Josef D. Cooper, Esq.<br>Granvil I. Specks, Esq.<br>Perry Goldberg, Esq.<br>208 S. LaSalle Street (Suite 1130)<br>Chicago, Illinois 60604<br><br>Robert K. Killian, Atty. Gen.<br>State Office Bldg.<br>30 Trinity St.<br>Hartford, Conn.<br><br>Norris L. O'Neill, Esq.<br>50 State Street<br>Hartford, Conn. 06103 | EMHART CORP.<br>Victor P. Kayser, Esq.<br>Chadwell, Keck, Kayser & Ruggles<br>135 S. LaSalle Street<br>Chicago, Illinois<br>ILCO CORP.<br>W. Donald MacSweeney, Esq.<br>Schiff, Hardin, Waite, Dorschel & Britton<br>231 S. LaSalle Street<br>Chicago, Illinois |
| A-2<br>A-3 | David Berger, Esq.<br>Cohen, Shapiro, Berger, Polisher & Cohen<br>12 S. Twelfth Street<br>Philadelphia, Pennsylvania 19107<br><br>Harold E. Kohn, Esq.<br>2600 The Fidelity Bldg.<br>Philadelphia, Penn. 19109 | EATON YALE & TOWNE, INC.<br>Miles W. Kirkpatrick, Esq.<br>Morgan Lewis & Bockius<br>2107 The Fidelity Bldg.<br>Philadelphia, Penn. 19109<br>ILCO CORP.<br>Richard G. Schneider, Esq.<br>Dechert, Price & Rhoads<br>1600 Three Penn Center<br>Philadelphia, Penn. 19102 |
| A-4 | Jeptha A. Evans, Esq.<br>111 East Main Street<br>Booneville, Arkansas 72927 ***<br><br><br><br>*** send copy of notice of hearing only 10-7-70 | SARGENT AND CO.<br>Edwin P. Rome, Esq.<br>Richard P. McElroy<br>#4 Penn Center Plaza<br>Philadelphia, Penn. 19103<br>EMHART CORP.<br>Henry T. Reath, Esq.<br>Duane, Morris & Hecksher<br>1617 Land Title Bldg.<br>Philadelphia, Penn. 19110<br>ALEXANDER<br>White & Martin<br>707 First National Bank Bldg.<br>Fort Smith, Arkansas 72901<br>P AND F CORBIN<br>C. Randolph Warner, Jr., Esq.<br>Douglas O. Smith, Jr., Esq.<br>Ben L. Paddock, Esq.<br>214 N. Sixth Street<br>Fort Smith, Arkansas 72901 *** |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | J. Lee Rankin<br>Corp. Counsel<br>Law Dept., Municipal Bldg.<br>New York, New York 10017<br>   Attn: Eugene Margolis, Esq. | EMHART CORP.<br>Raymond L. Falls, Jr., Esq.<br>Cahill, Gordon, Sonnett, Reindel & Ohl<br>80 Pine Street<br>New York, New York 10005 |
| B-2 | Honorable Louis J. Lefkowitz<br>80 Centre Street<br>New York, New York 10013 | EATON YALE & TOWNE<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, New York |
| B-3 | Lee A. Freeman, Esq.<br>Freeman, Freeman & Salzman<br>Suite 3200, One IBM PLAZA<br>Chicago, Illinois 60602 | EATON YALE & TOWNE<br>John T. Loughlin, Esq.<br>Bell, Boyd, Lloyd, Haddad & Burns<br>135 S. LaSalle Street<br>Suite 3400<br>Chicago, Illinois 60603 |
| B-4 | Earl Faircloth, Atty. Gen. of Fla.<br>The Capitol<br>Tallahassee, Fla. 32304<br><br>Fredric B. Burns, Esq.<br>Sager & Burns<br>1406 Biscayne Bldg.<br>19 W. Flagler St.<br>Miami, Florida 33130 | ILCO CORP.<br>Charles Donelan, Esq.<br>Bowditch, Gowetz & Lane<br>Room 565, 340 Main Street<br>Worcester, Mass. 01608 |
| B-5 | Abraham L. Pomerantz, Esq.<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Ave.<br>New York, N.Y. 10017<br><br>ALSO: Burns, Esq. (B-4) | John J. Galgay, Esq.<br>Regan, Goldfarb, Powell & Quinn<br>445 Park Ave.<br>New York, New York 10022<br><br>SARGENT AND COMPANY<br>John W. Barnett, Esq.<br>Wiggin & Dana<br>Post Office Box 1832<br>New Haven, Connecticut 06508 |
| B-6 | Same as B-3 above (Freeman) | Erwin C. Heininger, Esq.<br>Mayer, Brown & Platt<br>231 S. LaSalle St. (Suite 1955)<br>Chicago, Illinois 60604<br><br>Bruce A. Hecker, Esq.<br>Shea, Gallop, Climenko & Gould<br>330 Madison Ave.<br>New York, New York<br><br>EATON, YALE & TOWNE<br>Walter A. Bates, Esq.<br>Arter & Hadden<br>1144 Union Commerce Bldg.<br>Cleveland, Ohio 44115 |

DOCKET NO. 45

PANEL ATTORNEY SERVICE LIST

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MASTER KEY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Josef D. Cooper, Esquire<br>Friedman, Koven, Shapiro, Salzman,<br>  Koenigsberg, Specks & Homer<br>308 S. LaSalle Street<br>Chicago, Illinois  60604 | EMHART CORPORATION<br>  Ralph Dixon, Esquire      *NC*<br>  Day, Berry & Howard<br>  One Constitution Plaza<br>  Hartford, Connecticut 06103 |
| A-2<br>A-3 | David Berger Esquire<br>1622 Locust Street<br>Philadelphia, Penna. 19103  *NC* | ILCO CORPORATION<br>  Richard G. Schneider, Esquire<br>  Dechert, Price & Rhoads<br>  1600 Three Penn Center<br>  Philadelphia, Pennsylvania 19102 |
| B-1 | J. Lee Rankin, Esquire<br>Corporation Counsel<br>Law Department<br>Municipal Building<br>New York, New York  10017<br>   Attn:  Eugene Margoles, Esquire | SARGENT AND COMPANY<br>  John W. Barnett, Esquire<br>  Wiggins & Dana<br>  Post Office Box 1932<br>  New Hanve, Connecticut  06508 |
| B-2 | George C. Mantzoros, Esquire<br>Asst. Attorney General in Charge of<br>   Anti-Monopolies Bureau<br>80 Centre Street (Rm. 490)<br>New York, New York  10013 | EATON, YALE & TOWNE<br>  Walter A. Bates, Esquire<br>  Arter & Hadden<br>  1144 Union Commerce Building<br>  Cleveland, Ohio  44115 |
| B-3 | Lee A. Freeman, Esq.<br>Freeman, Freeman & Salzman<br>Suite 3200, One IBM PLAZA<br>Chicago, Illinois  60602   *NC* | |
| B-4<br>B-5 | Fredric B. Burns, Esquire<br>Sager & Burns<br>1406 Biscayne Building<br>19 West Flagler Street<br>Miami, Florida  33130 | |

*all "NC" appointed by Judge Blumenfeld's Pretrial Order No. 1 dated April 16, 1971*

| No. | Plaintiff | Defendant |
|---|---|---|
| C-1 | Michael B. Lewiston<br>Bodman, Longley, Bogle, Armstrong & Dahling<br>1400 Buhl Building<br>Detroit, Michigan  48226<br><br>Frederick D. Steinhardt<br>Travis, Warren, Nayer & Burgoyne<br>2966 Penobscot Building<br>Detroit, Michigan  48226 | |
| C-2 | Ronald T. Wiseman<br>Assistant Attorney General<br>Antitrust Section<br>State House Annex<br>Columbus, Ohio  43215 | Ohio |
| C-3 | James T. Wiglesworth<br>Assistant Attorney General<br>Attorney General's Office<br>State Capitol Building<br>Topeka, Kansas  66612 | on |
| D-1 | See B-3 (NC) Freeman | |
| D-2 | See B-3 (NC) Freeman | |
| D-3 | George F. Kugler, Jr., Esq.<br>Attorney General of New Jersey<br>State House Annex<br>Trenton, New Jersey  08625 | |
| D-4 | H. Chester Horn, Esquire   APP<br>Deputy Attorney General<br>State of California, Dept. of Justice<br>State Building<br>Los Angeles, Calif. 90012 | |